IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**JOHN LANDY,**

Plaintiff,

v.

**LIFE INSURANCE COMPANY OF NORTH AMERICA,**

Defendant.

Case No.: 3:17-cv-194

District Judge Walter H. Rice

**AGREED ENTRY OF DISMISSAL WITH PREJUDICE**

All matters in controversy now having been resolved, the above captioned case is hereby dismissed with prejudice. Parties to bear their own costs.

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Robert L. Raper
Robert L. Raper (0075847)
Attorney for Plaintiff
Dyer, Garofalo, Mann & Schultz
131 N. Ludlow Street, Suite 1400
Dayton, Ohio  45402
(937)223-888
Fax # (937) 424-2885
rraper@dgmslaw.com

AGREED TO:

/s/ Daniel W. Srsic
Daniel W. Srsic (0064177)
Attorney for Defendant
Litter Mendelson, P.C.
21 East State Street, 16th Floor

                    Columbus, OH 43215
                    (614) 463-4213
                    Fax # (614) 573-9812
                    dsrsic@littler.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 14th day of January, 2018, the foregoing was filed via the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the Court's electronic filing system.

                    /s/ Robert L. Raper
                    Robert L. Raper (0075847)
                    Attorney for Plaintiff